# EXHBIT A

