**EXHBIT B**



Muere niño de 7 meses en Staten Island