UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ROCA<br><br>      Plaintiff,<br><br>v.<br><br>IMPREMEDIA OPERATING COMPANY, LLC<br><br>      Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 1:17-cv-1463-SJ-RML** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Roca hereby gives notice of dismissal of this action in its entirety without prejudice.

*Richard Liebowitz*
_____
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: April 13, 2017
*Attorneys for Plaintiff John Roca*

_____

SO ORDERED:

             _____
             Hon. Sterling Johnson, Jr.